## Isabel ABELHEIRA

### v.

## DEPARTMENT OF EMPLOYMENT SECURITY, BOARD OF REVIEW.

### No. 83–140–M.P.

Supreme Court of Rhode Island.

April 14, 1983.

Robert M. Sabel, Newport, for petitioner.

Pat Nero, Dept. of Employment Security, Cranston, for respondent.

## ORDER

The petition for writ of certiorari is denied.

---

## TREADWAY INN OF NEWPORT, INC.

### v.

## Cleon E. HARVEY et al.

### No. 82–493–M.P.

Supreme Court of Rhode Island.

March 31, 1983.

Kathleen Managhan, Newport, for petitioner.

Brian G. Bardorf, Newport, for respondent.

## ORDER

The petition for writ of certiorari seeks review of a Superior Court judgment which reversed a decision of the Rhode Island Commission for Human Rights. Our review of the papers presented, however, reveals that petitioner did not file his petition within 20 days of the date on which judgment was properly entered in this matter, i.e. February 8, 1982, as is required by General Laws of 1956 (1977 Reenactment) § 42–35–16. In these circumstances, we do not reach the merits of the Superior Court ruling.

The petition for writ of certiorari is denied.